ESTATE of Carrie Stark NEWBERRY, Deceased, William F. Newberry, Executor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9628.

United States Court of Appeals
Third Circuit.

Argued Nov. 19, 1948.
Decided Dec. 9, 1948.

Rolland Lee Nutt, Washington, D. C. (Clarence W. Nutt, of New York City, on the brief), for petitioner.

Loring W. Post, of Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and George A. Stinson and Ellis N. Slack, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

This appeal from the Tax Court involves the question whether a finding that a husband and wife executed reciprocal trust deeds can be supported. If the conclusion is supported, then the application of the estate tax to the estate of the wife has been correctly made. The Tax Court upheld the Commissioner and this finding is attacked by the taxpayer. Even with the enlarged scope of review restored to Courts of Appeal by section 36 of Act June 25, 1948, 26 U.S.C.A. § 1141(a), we still find nothing in this case which would permit us to upset as clearly erroneous the conclusion reached by the Tax Court. Most of the evidentiary facts are undisputed. The issue is the conclusion to be drawn from them. We are of the opinion that the conclusion drawn by the Tax Court is certainly supported by the facts and circumstances surrounding the execution of the trust endorsements by the husband and wife.

The decision of the Tax Court will, therefore, be affirmed.

Rita ARSHT, Plaintiff, v. Clarence HATTON, Defendant and Third-Party Plaintiff, Appellant, v. Norman BUNIN, Third-Party Defendant.

No. 9689.

United States Court of Appeals
Third Circuit.

Argued Dec. 22, 1948.

Decided Jan. 6, 1949.

See also, D. C., 80 F.Supp. 148.

Tood Daniel, of Philadelphia, for appellant.

S. Samuel Arsht, of Wilmington, Del. (Alexander L. Nichols and Morris, Steel, Nichols & Arsht, all of Wilmington, Del., and Louis H. Wilderman and Melvin A. Bank, both of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

The questions presented by the appeal at bar are so clearly those of fact that it is unnecessary to write an extended opinion in the instant case. There was ample evidence in the record from which the jury was entitled to find that the defendant was negligent. We can perceive no sound basis for concluding that the trial judge erred in permitting evidence to go to the jury as to the position of the debris and of the cars after the collision. The evidence submitted as to the condition of the highway also was clearly admissible. We state as well that we can find no substantial error in the court's instructions to the jury.

Accordingly the judgment of the court below will be affirmed.